# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) ) ) | **ORDER** |
| The locations identified as 3100 11th Avenue, Southeast, Lot B41; to include appurtunances to the property and any and all storage units and outbuildings | ) ) ) ) | Case No. 4:15-mj-185 |

All materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, and the Government's motion shall be sealed until October 31, 2016, at which time this matter shall be unsealed without further of the court.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2016.

>                               */s/ Charles S. Miller, Jr.*
>                               Charles S. Miller, Jr., Magistrate Judge
>                               United States District Court